# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00677-CR

**Kasey Schafler, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 6 OF TRAVIS COUNTY
## NO. C-1-CR-17-203861, THE HONORABLE BRANDY MUELLER, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Kasey Schafler seeks to appeal her judgment of conviction for misdemeanor driving while intoxicated. *See* Tex. Penal Code § 49.04(a), (d). The clerk's record, however, does not contain the required trial court certification of appellant's right of appeal, *see* Tex. R. App. P. 25.2(a)(2) (mandating trial court to enter certification of defendant's right of appeal "each time it enters a judgment of guilt or other appealable order"), (d) (requiring record to include trial court's certification), and the district clerk has informed this Court that a certification cannot be produced because no such document has been filed with the clerk.

This appeal is therefore abated and the trial court is directed to prepare and file its certification of appellant's right of appeal as required by the Texas Rules of Appellate Procedure.

*See* Tex. R. App. P. 25.2(a)(2), 44.4.  A supplemental clerk's record containing the trial court's certification shall be filed with this Court no later than January 9, 2019.  *See* Tex. R. App. P. 25.2(d), 34.5(c)(2).

It is so ordered on this the 10th day of December, 2018.

Before Justices Puryear, Goodwin, and Bourland

Abated and Remanded

Filed:   December 10, 2018

Do Not Publish